JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUZMAN RODRIGUEZ, | Case No. 5:26-cv-00582-SB-KES |
| Plaintiff, | |
| v. | FINAL JUDGMENT |
| TODD LYONS et al., | |
| Defendants. | |

For the reasons stated in the separate order of dismissal entered this date, it is ordered that Plaintiff Jose Guzman Rodriguez's claims are dismissed without prejudice as moot.

This is a final judgment.

Date: February 24, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge